211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 11−57249−swr
Chapter: 7

In Re: (NAME OF DEBTOR(S))
  Sandy Russell Harris Jr.                      Vickey Lynn Harris
  6988 McKean Rd Lot 271                6988 McKean Rd Lot 271
  Ypsilanti, MI 48197−6035               Ypsilanti, MI 48197−6035

Social Security No.:
  xxx−xx−8422                                   xxx−xx−6382

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENT REAFFIRMATION AGREEMENT

To the Debtor(s) and Creditor:

It has been determined that the following document(s) filed on **08/25/11** with creditor **AAFES/Military Star/Exchange** is Non−Compliant:

Reaffirmation Agreement, docket #22

is defective as indicated:

- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ Official Form B27, Reaffirmation Agreement Cover Sheet is Missing
- ☐ Original Signature Missing
- ☐ Reaffirmation Agreement is Missing
- ☐ Reaffirmation Certification by Attorney for Debtor Missing or Non−Compliant
- ☒ Attorney/Creditor's Separate Motion for Approval Missing or Non−Compliant LBR 4008−1(b)
- ☐ Pro Se Motion for Approval (Part E) Missing LBR 4008−1(c)

A corrected/missing document is required within seven (7) days of this notice. If not corrected, the pleading may be stricken or set for hearing. When correcting the deficiency, both the Reaffirmation Agreement and the Cover Sheet must be filed together as one document and identified as **"CORRECTED."**

Dated: 8/26/11

                                                 BY THE COURT

                                                 Katherine B. Gullo , Clerk of Court
                                                 U.S. Bankruptcy Court